# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 22-2910

United States of America

Appellant

v.

Tou Thao

Appellee

---

Appeal from U.S. District Court for the District of Minnesota
(0:21-cr-00108-PAM-2)

---

**MANDATE**

In accordance with the judgment of January 11, 2023, and pursuant to the provisions of

Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-

styled matter.

January 11, 2023

Clerk, U.S. Court of Appeals, Eighth Circuit