# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 22-2909

United States of America

Appellant

v.

J. Alexander Kueng

Appellee

---

Appeal from U.S. District Court for the District of Minnesota
(0:21-cr-00108-PAM-3)

---

## MANDATE

In accordance with the judgment of January 11, 2023, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

January 11, 2023

Clerk, U.S. Court of Appeals, Eighth Circuit