# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

---

No: 22-2701

---

United States of America

Plaintiff - Appellee

v.

Tou Thao

Defendant - Appellant

------------------------------

Association of American Physicians and Surgeons Educational Foundation

Amicus on Behalf of Appellant(s)

---

Appeal from U.S. District Court for the District of Minnesota
(0:21-cr-00108-PAM-2)

---

## JUDGMENT

Before LOKEN, ERICKSON and KOBES, Circuit Judges.

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the order of the district court denying the motions for acquittal and for a mistrial in this cause is affirmed in accordance with the opinion of this Court.

August 04, 2023

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
          /s/ Michael E. Gans