# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 23-2756

_____

United States of America

Plaintiff - Appellee

v.

Derek Michael Chauvin

Defendant - Appellant

------

Appeal from U.S. District Court for the District of Minnesota
(0:21-cr-00108-PAM-1)

------

**JUDGMENT**

Before GRUENDER, ERICKSON, and KOBES, Circuit Judges.

The court has carefully reviewed the original file of the United States District Court and orders that this appeal be dismissed as untimely.

August 14, 2023

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
           /s/ Michael E. Gans