# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 23-2756

United States of America

Appellee

v.

Derek Michael Chauvin

Appellant

---

Appeal from U.S. District Court for the District of Minnesota
(0:21-cr-00108-PAM-1)

---

## MANDATE

In accordance with the judgment of August 14, 2023, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

September 28, 2023

Clerk, U.S. Court of Appeals, Eighth Circuit