# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

January 8, 2024

Clerk
United States Court of Appeals for the Eighth Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Room 24.329
St. Louis, MO  63102-1125

    Re:  Tou Thao
          v. United States
          No. 23-6109
          (Your No. 22-2701)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

*[signature: Scott S. Harris]*

**Scott S. Harris**, Clerk