UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
*Criminal No. 21-cr-108 (PAM/TNL) (3)*

---

UNITED STATES OF AMERICA,

                Plaintiff,

vs.

J. ALEXANDER KUENG,

                Defendant.

**ORDER GRANTING MOTION FOR DISCHARGE FROM SUPERVISION**

---

On July 7, 2022 Mr. Kueng was sentenced before this Court to 36 months in prison for Counts 2 and 3 of a 3 Count indictment to be served concurrently followed by a term of 2 Years supervision on Count 2 and 2 Years on Count 3 concurrently. Mr. Kueng has complied with the rules and regulations of supervision and is no longer in need of supervision.

Accordingly, it is ordered that Mr. Kueng be discharged from supervision and that the proceedings in the case be terminated.

Dated:  30 July, 2025

                                                        Hon. Paul A. Magnuson
                                                        U.S. District Court Judge